UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Massa

| | |
|---|---|
| Case No. | 16-28104 |
| Hearing Date: | 11/30/2016 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 13 |

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted that _____Robert Nisenson_____ was directed to file: _____Revised Order With Blanks Filled In_____ and that the document has not been filed, it is hereby

ORDERED that _____Robert Nisenson_____ shall show cause on _____1/25/2017_____ at __9:00 a.m.__ in the United States Bankruptcy Court, __402 East State Street, Trenton__, New Jersey, Courtroom number __2__, before the Honorable _____Kathryn C. Ferguson_____ why the:

- ☑ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*