UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James Massa

| | |
|---|---|
| Case No. | 16-28104 |
| Hearing Date: | 11/30/2016 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 13 |

## ORDER TO SHOW CAUSE
### WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted that _____Robert Nisenson_____ was directed to file: _____Revised Order With Blanks Filled In_____ and that the document has not been filed, it is hereby

ORDERED that _____Robert Nisenson_____ shall show cause on _____1/25/2017_____ at __9:00 a.m.__ in the United States Bankruptcy Court, __402 East State Street, Trenton__, New Jersey, Courtroom number __2__, before the Honorable _____Kathryn C. Ferguson_____ why the:

- ☑ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*

2

United States Bankruptcy Court
District of New Jersey

In re:  
James Massa  
    Debtor

Case No. 16-28104-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 12, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.  
db            +James Massa,    178 Southwood Dr,    Old Bridge, NJ 08857-1659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    MidFrist Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joel R. Glucksman     on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@scarincihollenbeck.com  
         Robert C. Nisenson     on behalf of Debtor James   Massa rnisenson@aol.com, nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
         TOTAL: 4