| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br>ROBERT C. NISENSON, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Robert C. Nisenson<br>Attorney for Debtor<br>RCN 6680 |
| In the Matter of<br><br>JAMES MASSA<br>　　　　　　　　DEBTOR |

Order Filed on January 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:　　16-28104

Judge:　KCF

## ORDER TO IMPOSE STAY IN BANKRUPTCY CASE

　　The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: January 24, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Kathryn C. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 16-28104 |
| | : | Chapter 13 |
| | : | |
| JAMES MASSA | : | |
| | : | |
| | : | |
| | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | **IN BANKRUPTCY CASE** |
| | : | |
| _____ | : | |

  This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

  It is on the             day of           , 2016;

  **ORDERED** that the automatic stay shall be imposed nun pro tunc from          , 2016 with respect to all legal proceeding against the Debtor, repossessions or collection attempts and any foreclosure action against Debtor after on or after September 21, 2016 will be vacated ; and it is further

  **ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.