UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)
ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Robert C. Nisenson
Attorney for Debtor
RCN 6680

Order Filed on January 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In the Matter of

JAMES MASSA
           DEBTOR

Case No.:    16-28104

Judge:  KCF

## ORDER TO IMPOSE STAY IN BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: January 24, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| In the Matter of | : | Case: 16-28104 |
| --- | --- | --- |
|  | : | Chapter 13 |
| JAMES MASSA | : |  |
|  | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | **IN BANKRUPTCY CASE** |
| _____ | : |  |

   This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

   It is on the        day of      , 2016;

   **ORDERED** that the automatic stay shall be imposed nun pro tunc from       , 2016 with respect to all legal proceeding against the Debtor, repossessions or collection attempts and any foreclosure action against Debtor after on or after September 21, 2016 will be vacated ; and it is further

   **ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
James Massa  
    Debtor

Case No. 16-28104-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2017  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.  
db         +James Massa,    178 Southwood Dr,    Old Bridge, NJ 08857-1659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:  
      Albert   Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    MidFrist Bank dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority    jglucksman@scarincihollenbeck.com  
      Robert C. Nisenson    on behalf of Debtor James   Massa rnisenson@aol.com,    nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com

                                                                              TOTAL: 4