Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 16−28104−KCF  
Chapter: 13  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Massa
   178 Southwood Dr
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−0990

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/28/2016 and a confirmation hearing on such Plan has been scheduled for 4/26/2017.

The debtor filed a Modified Plan on 4/17/2017 and a confirmation hearing on the Modified Plan is scheduled for 5/24/2017@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 18, 2017  
JAN: vpm

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-28104-KCF
James Massa                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2           Date Rcvd: Apr 18, 2017
                            Form ID: 186          Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
```
db            +James Massa,    178 Southwood Dr,    Old Bridge, NJ 08857-1659
cr            +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                Lyndhurst, NJ 07071-0790
516404869     +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
516404870     +Amboy Bank,    3590 US Hwy 9,    Old Bridge, NJ 08857-3523
516444092     +Atlantic City Expressway     $50.00,    PO Box 4971,    Trenton, NJ 08650-4971
516404871     +Bac Service, LLC,    P.O Box 538,    Howell, NJ 07731-0538
516519589      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516404875     +EZ Pass NJ,    P.O Box 4973,    Trenton, NJ 08650-4973
516404874     +Excel Urgent Care Of Nj LLC,    484 Temple Hill Rd Ste 104,    New Windsor, NY 12553-5529
516404876     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516404877     +Horizon Blue Cross Blue Shield Of Nj,    P.O Box 656,    Newark, NJ 07101-0656
516444080     +Imaging Consultants of Essex     $200.00,    PO Box 3247,    Indianapolis, IN 46206-3247
516404878     +JCP&L,    PO Box 16001,    Reading, PA 19612-6001
516404879     +JFK Medical Associates,    P.O Box 11912,    Newark, NJ 07101-4912
516404880     +JFK Medical Center,    C/O Paula G. Kaplan,    55 Morris Ave Ste 100,
                Springfield, NJ 07081-1422
516444087     +Jeffrey Rapaport MD, PA      $35.00,    333 Sylvan Ave., Ste 207,
                Englewood Cliffs, NJ 07632-2732
516444078     +Lincare Inc       $7.19,    PO Box 9521,    Amherst, NY 14226-9521
516538398     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516444088     +Middlesex Hospital Physicians, PA    $170.00,    C/O Revenue Recovery Corp.,    PO Box 50250,
                Knoxville, TN 37950-0250
516404883     +Midland First,    4515 Broadmoor Bluffs Dr,    Colorado Springs, CO 80906-8647
516444079     +Monmouth Ocean Hospital Service Corp     $1,834.00,    4806 Megill Rd., Ste 3,
                Neptune, NJ 07753-6926
516488426     +New Jersey Turnpike Authority,    Attn: Mark Schneider,    581 Main St.,    PO Box 5042,
                Woodbridge, NJ 07095-5042
516444084     +New Jersey Turnpike Authority     $54.00,    PO Box 5042,    Woodbridge, NJ 07095-5042
516444086     +New York Thruway      $60.00,    PO Box 15186,    Albany, NY 12212-5186
516440837     +Old Bridge Municipal Utilities Authority,    Joel Glucksman, Scarinci, et al,
                1100 Valley Brook Ave.,,    P.O. Box 790,    Lyndhurst, NJ 07071-0790
516404886     +Old Bridge Municipal Utilities Authority,    71 Blvd West,    Cliffwood Beach, NJ 07735-6105
516444091     +Optimum      $427.00,    1111 Stewart Avenue,    Bethpage NY 11714-3533
516444090     +Orthopedic Assoc. Of Central Jersey     $27.00,    205 May St. Suite 202,    Edison, NJ 08837-3267
516404887     +PA Turnpike Commision,    C/O PennCredit,    916 S 14th St,    Harrisburg, PA 17104-3425
516404893      PSE&G,    PO BOX 14444,    New Brunswick, NJ 08906-4444
516404894     +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
516404891     +Premier Urology Group LLC,    P.O. Box 51079,    Newark, NJ 07101-5179
516404892     +Princeton Surgical Associates,    5 Plainsboro Rd Ste 400,    Plainsboro, NJ 08536-1915
516404895     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516404896     +Raritan Bay Med Center,    PO Box 48071,    Newark, NJ 07101-4871
516404897      Raritan Bay Physicians Group PC,    P.O Box 11987,    Newark, NJ 07101-4992
516404898     +Saint Barnabas Medical Center,    C/O BCA Financial Services, Inc,    18001 Old Cutler Rd Ste 462,
                Miami, FL 33157-6437
516404899     +Saint Peters University Hospital,    C/O Schachter Portnoy, Llc,    3490 Us Rte 1,
                Princeton, NJ 08540-5920
516404900     +Santander Consumer USA,    P.O Box 961288,    Fort Worth, TX 76161-0288
516443548     +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516444512     +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516444082     #Shoprite       $139.00,    C/O Collections Acquisition Company, Inc,    Payliance,
                3 Easton Oval, Ste 210,    Columbus, OH 43219-6011
516444085     +State of NJ EZPASS/ Delaware River Port Authority,    PO Box 4971,    Trenton, NJ 08650-4971
516404901     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516444083     +The Port Authority of NY & NJ     $63.00,    Violations Processing Center,
                C/O Linebarger Goggan Blair & Sampson, L,    61 Broadway, Ste 2600,    New York, NY 10006-2840
516444081     +Union Emergency Medical Unit     $100.00,    PO Box 575,    Matawan, NJ 07747-0575
516404902     +Verizon,    P.O Box 4003,    Acworth, GA 30101-9004
516404903     +Wakefield & Association,    P.O Box 58,    Fort Morgan, CO 80701-0058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2017 22:15:12     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2017 22:15:08      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516404872     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 18 2017 22:19:22      Capital One Auto Finan,
                3901 Dallas Pkwy,    Plano, TX 75093-7864
516630521     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 18 2017 22:19:18
                Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Apr 18, 2017
                              Form ID: 186             Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516599799      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 18 2017 22:19:32
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516404873      +E-mail/Text: bankruptcy@cashcall.com Apr 18 2017 22:16:00         Cashcall Inc,    1 City Blvd W,
                 Orange, CA 92868-3621
516404881      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 18 2017 22:14:23         Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516404884      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2017 22:15:05         Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516404885      +E-mail/Text: bankruptcydepartment@tsico.com Apr 18 2017 22:15:56         Minuteclinic Of New Jersey,
                 C/O Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
516615846       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 22:24:59
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
516440846      +E-mail/Text: bankruptcy@pseg.com Apr 18 2017 22:14:06         PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Crandord, NJ 07016-0490
516404889      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 22:25:00
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516444089      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 18 2017 22:14:52
                 SBMC Multi Specialty - Nephro    $250.00,    C/O Certified Credit & Collection Bureau,
                 PO Box 1750,    Whitehouse Station, NJ 08889-1750
516411600       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:11         Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516404882       Maryland Tranportation Authority
516404888       Plain Green
516404890*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   MidFrist Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Glucksman    on behalf of Creditor   Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com
              Robert C. Nisenson    on behalf of Debtor James  Massa rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
                                                                                              TOTAL: 4
```