Form rfiler – ntcrefilerv27.jsp

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 16–28104–KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Massa
   178 Southwood Dr
   Old Bridge, NJ 08857

Social Security No.:
   xxx–xx–0990

Employer's Tax I.D. No.:

**NOTICE OF EVIDENCE OF REPEAT FILING**

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

   You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☐ joint debtor

   received a discharge in case number 10–16091 , commenced on 3/3/2010. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

   Objections to this matter must be in writing and filed with the Clerk on or before August 13, 2018 at

                U.S. Bankruptcy Court
                402 East State Street
                Trenton, NJ 08608

   In the event a timely objection is filed, a hearing will be held before the Honorable Judge Kathryn C. Ferguson on:

DATE:         8/21/2018
TIME:         10:00 AM
COURTROOM:   2

Dated: July 23, 2018
JAN: las

                                                Jeanne Naughton
                                                Clerk