Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−28104−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James Massa
  178 Southwood Dr
  Old Bridge, NJ 08857

Social Security No.:
  xxx−xx−0990

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Debtor James Massa.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐    The corporate debtor is self−represented.

  ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Kathryn C. Ferguson on,

Date: 9/18/18
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Dated: August 13, 2018
JAN:

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                              Case No. 16-28104-KCF
James Massa                                                         Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Aug 13, 2018
                              Form ID: 170             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             +James Massa,    178 Southwood Dr,    Old Bridge, NJ 08857-1659
cr             +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                 c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                 Lyndhurst, NJ 07071-0790
516404869      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
516404870      +Amboy Bank,    3590 US Hwy 9,    Old Bridge, NJ 08857-3523
516444092      +Atlantic City Expressway     $50.00,    PO Box 4971,    Trenton, NJ 08650-4971
516404871      +Bac Service, LLC,    P.O Box 538,    Howell, NJ 07731-0538
516519589       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516404875      +EZ Pass NJ,    P.O Box 4973,    Trenton, NJ 08650-4973
516404874      +Excel Urgent Care Of Nj LLC,    484 Temple Hill Rd Ste 104,    New Windsor, NY 12553-5529
516404876      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516404877      +Horizon Blue Cross Blue Shield Of Nj,    P.O Box 656,    Newark, NJ 07101-0656
516444080      +Imaging Consultants of Essex     $200.00,    PO Box 3247,    Indianapolis, IN 46206-3247
516404878      +JCP&L,    PO Box 16001,    Reading, PA 19612-6001
516404879      +JFK Medical Associates,    P.O Box 11912,    Newark, NJ 07101-4912
516404880      +JFK Medical Center,    C/O Paula G. Kaplan,    55 Morris Ave Ste 100,
                 Springfield, NJ 07081-1422
516444087      +Jeffrey Rapaport MD, PA     $35.00,    333 Sylvan Ave., Ste 207,
                 Englewood Cliffs, NJ 07632-2732
516444078      +Lincare Inc      $7.19,    PO Box 9521,    Amherst, NY 14226-9521
516538398      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516444088      +Middlesex Hospital Physicians, PA     $170.00,    C/O Revenue Recovery Corp.,    PO Box 50250,
                 Knoxville, TN 37950-0250
516404883      +Midland First,    4515 Broadmoor Bluffs Dr,    Colorado Springs, CO 80906-8647
516444079      +Monmouth Ocean Hospital Service Corp     $1,834.00,    4806 Megill Rd., Ste 3,
                 Neptune, NJ 07753-6926
516488426      +New Jersey Turnpike Authority,    Attn: Mark Schneider,    581 Main St.,    PO Box 5042,
                 Woodbridge, NJ 07095-5042
516444084      +New Jersey Turnpike Authority     $54.00,    PO Box 5042,    Woodbridge, NJ 07095-5042
516444086      +New York Thruway      $60.00,    PO Box 15186,    Albany, NY 12212-5186
516440837      +Old Bridge Municipal Utilities Authority,    Joel Glucksman, Scarinci, et al,
                 1100 Valley Brook Ave.,,    P.O. Box 790,    Lyndhurst, NJ 07071-0790
516404886      +Old Bridge Municipal Utilities Authority,    71 Blvd West,    Cliffwood Beach, NJ 07735-6105
516444091      +Optimum      $427.00,    1111 Stewart Avenue,    Bethpage NY 11714-3533
516444090      +Orthopedic Assoc. Of Central Jersey     $27.00,    205 May St. Suite 202,    Edison, NJ 08837-3267
516404887      +PA Turnpike Commision,    C/O PennCredit,    916 S 14th St,    Harrisburg, PA 17104-3425
516404894      +PSE&G,    80 Park Plaza,    Newark, NJ 07102-4194
516404893       PSE&G,    PO BOX 14444,    New Brunswick, NJ 08906-4444
516404891      +Premier Urology Group LLC,    P.O Box 51079,    Newark, NJ 07101-5179
516404892      +Princeton Surgical Associates,    5 Plainsboro Rd Ste 400,    Plainsboro, NJ 08536-1915
516404895      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516404896      +Raritan Bay Med Center,    PO Box 48071,    Newark, NJ 07101-4871
516404897       Raritan Bay Physicians Group PC,    P.O Box 11987,    Newark, NJ 07101-4992
516404898      +Saint Barnabas Medical Center,    C/O BCA Financial Services, Inc,    18001 Old Cutler Rd Ste 462,
                 Miami, FL 33157-6437
516404899      +Saint Peters University Hospital,    C/O Schachter Portnoy, Llc,    3490 Us Rte 1,
                 Princeton, NJ 08540-5920
516404900      +Santander Consumer USA,    P.O Box 961288,    Fort Worth, TX 76161-0288
516443548      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516444512      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516444085      +State of NJ EZPASS/ Delaware River Port Authority,    PO Box 4971,    Trenton, NJ 08650-4971
516404901      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516444083      +The Port Authority of NY & NJ     $63.00,    Violations Processing Center,
                 C/O Linebarger Goggan Blair & Sampson, L,    61 Broadway, Ste 2600,    New York, NY 10006-2840
516444081      +Union Emergency Medical Unit     $100.00,    PO Box 575,    Matawan, NJ 07747-0575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516404872      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 13 2018 23:44:44      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
516630521      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 13 2018 23:45:07
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516599799      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 13 2018 23:44:12
                 Capital One Auto Finance,,    c/o AIS Portfolio Services,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516404873      +E-mail/Text: bankruptcy@cashcall.com Aug 13 2018 23:47:26      Cashcall Inc,    1 City Blvd W,
                 Orange, CA 92868-3621
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 13, 2018
                              Form ID: 170             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516404881      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 13 2018 23:45:49      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516404884      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2018 23:46:41       Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
516404885      +E-mail/Text: bankruptcydepartment@tsico.com Aug 13 2018 23:47:23        Minuteclinic Of New Jersey,
                C/O Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
516615846       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2018 00:11:20
                Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
516440846      +E-mail/Text: bankruptcy@pseg.com Aug 13 2018 23:45:45       PSE&G,   Attn: Bankruptcy Dept.,
                PO Box 490,    Crandord, NJ 07016-0490
516404889      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2018 00:11:14
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516444089      +E-mail/Text: bankruptcy@certifiedcollection.com Aug 13 2018 23:46:30
                SBMC Multi Specialty - Nephro    $250.00,   C/O Certified Credit & Collection Bureau,
                PO Box 1750,    Whitehouse Station, NJ 08889-1750
516411600       E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:44:30      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516404902      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 13 2018 23:45:40
                Verizon,    P.O Box 4003,    Acworth, GA 30101-9004
516404903      +E-mail/Text: bankruptcyreports@wakeassoc.com Aug 13 2018 23:47:26        Wakefield & Association,
                P.O Box 58,    Fort Morgan, CO 80701-0058
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516404882       Maryland Tranportation Authority
516404888       Plain Green
516404890*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516444082      ##Shoprite     $139.00,    C/O Collections Acquisition Company, Inc,    Payliance,
                3 Easton Oval, Ste 210,    Columbus, OH 43219-6011
                                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MidFrist Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFrist Bank rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor James Massa rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                               TOTAL: 7
```