Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 16−28104−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Massa
   178 Southwood Dr
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−0990

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: ckk

                                                                                 Jeanne Naughton
                                                                                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                     Case No. 16-28104-KCF
James Massa                                                                Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                   Date Rcvd: Sep 19, 2018
                               Form ID: 148                 Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             +James Massa,    178 Southwood Dr,    Old Bridge, NJ 08857-1659
cr             +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
                 c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                 Lyndhurst, NJ 07071-0790
516404869      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
516404870      +Amboy Bank,    3590 US Hwy 9,   Old Bridge, NJ 08857-3523
516444092      +Atlantic City Expressway    $50.00,    PO Box 4971,   Trenton, NJ 08650-4971
516404871      +Bac Service, LLC,    P.O Box 538,    Howell, NJ 07731-0538
516404875      +EZ Pass NJ,    P.O Box 4973,    Trenton, NJ 08650-4973
516404874      +Excel Urgent Care Of Nj LLC,    484 Temple Hill Rd Ste 104,    New Windsor, NY 12553-5529
516404877      +Horizon Blue Cross Blue Shield Of Nj,    P.O Box 656,    Newark, NJ 07101-0656
516444080      +Imaging Consultants of Essex    $200.00,    PO Box 3247,   Indianapolis, IN 46206-3247
516404878      +JCP&L,    PO Box 16001,   Reading, PA 19612-6001
516404879      +JFK Medical Associates,    P.O Box 11912,    Newark, NJ 07101-4912
516404880      +JFK Medical Center,    C/O Paula G. Kaplan,   55 Morris Ave Ste 100,
                 Springfield, NJ 07081-1422
516444087      +Jeffrey Rapaport MD, PA     $35.00,   333 Sylvan Ave., Ste 207,
                 Englewood Cliffs, NJ 07632-2732
516444078      +Lincare Inc     $7.19,   PO Box 9521,    Amherst, NY 14226-9521
516538398      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516444088      +Middlesex Hospital Physicians, PA    $170.00,    C/O Revenue Recovery Corp.,   PO Box 50250,
                 Knoxville, TN 37950-0250
516404883      +Midland First,    4515 Broadmoor Bluffs Dr,    Colorado Springs, CO 80906-8647
516444079      +Monmouth Ocean Hospital Service Corp     $1,834.00,    4806 Megill Rd., Ste 3,
                 Neptune, NJ 07753-6926
516488426      +New Jersey Turnpike Authority,    Attn: Mark Schneider,    581 Main St.,   PO Box 5042,
                 Woodbridge, NJ 07095-5042
516444084      +New Jersey Turnpike Authority    $54.00,    PO Box 5042,   Woodbridge, NJ 07095-5042
516444086      +New York Thruway    $60.00,    PO Box 15186,   Albany, NY 12212-5186
516440837      +Old Bridge Municipal Utilities Authority,    Joel Glucksman, Scarinci, et al,
                 1100 Valley Brook Ave.,,    P.O. Box 790,   Lyndhurst, NJ 07071-0790
516404886      +Old Bridge Municipal Utilities Authority,    71 Blvd West,    Cliffwood Beach, NJ 07735-6105
516444091      +Optimum     $427.00,   1111 Stewart Avenue,    Bethpage NY 11714-3533
516444090      +Orthopedic Assoc. Of Central Jersey     $27.00,    205 May St. Suite 202,   Edison, NJ 08837-3267
516404887      +PA Turnpike Commision,    C/O PennCredit,    916 S 14th St,   Harrisburg, PA 17104-3425
516404894      +PSE&G,    80 Park Plaza,   Newark, NJ 07102-4194
516404893       PSE&G,    PO BOX 14444,   New Brunswick, NJ 08906-4444
516404891      +Premier Urology Group LLC,    P.O Box 51079,    Newark, NJ 07101-5179
516404892      +Princeton Surgical Associates,    5 Plainsboro Rd Ste 400,    Plainsboro, NJ 08536-1915
516404895      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516404896      +Raritan Bay Med Center,    PO Box 48071,    Newark, NJ 07101-4871
516404897       Raritan Bay Physicians Group PC,    P.O Box 11987,    Newark, NJ 07101-4992
516404898      +Saint Barnabas Medical Center,    C/O BCA Financial Services, Inc,    18001 Old Cutler Rd Ste 462,
                 Miami, FL 33157-6437
516404899      +Saint Peters University Hospital,    C/O Schachter Portnoy, Llc,    3490 Us Rte 1,
                 Princeton, NJ 08540-5920
516404900      +Santander Consumer USA,    P.O Box 961288,    Fort Worth, TX 76161-0288
516444085      +State of NJ EZPASS/ Delaware River Port Authority,    PO Box 4971,   Trenton, NJ 08650-4971
516444083      +The Port Authority of NY & NJ     $63.00,    Violations Processing Center,
                 C/O Linebarger Goggan Blair & Sampson, L,    61 Broadway, Ste 2600,    New York, NY 10006-2840
516444081      +Union Emergency Medical Unit    $100.00,    PO Box 575,   Matawan, NJ 07747-0575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2018 21:59:08     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2018 21:59:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516404872      +EDI: CAPONEAUTO.COM Sep 20 2018 01:49:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
516630521      +EDI: AISACG.COM Sep 20 2018 01:49:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516599799      +EDI: AISACG.COM Sep 20 2018 01:49:00      Capital One Auto Finance,
                 c/o AIS Portfolio Services,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516519589       EDI: BL-BECKET.COM Sep 20 2018 01:49:00      Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516404873      +E-mail/Text: bankruptcy@cashcall.com Sep 19 2018 21:59:24      Cashcall Inc,    1 City Blvd W,
                 Orange, CA 92868-3621
516404876      +EDI: AMINFOFP.COM Sep 20 2018 01:48:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
516404881      +EDI: CBSKOHLS.COM Sep 20 2018 01:48:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
516404884      +EDI: MID8.COM Sep 20 2018 01:48:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 19, 2018
                              Form ID: 148             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516404885       +E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2018 21:59:22      Minuteclinic Of New Jersey,
                 C/O Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
516615846        EDI: PRA.COM Sep 20 2018 01:48:00       Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,    Norfolk VA 23541
516440846       +E-mail/Text: bankruptcy@pseg.com Sep 19 2018 21:58:53       PSE&G,    Attn:  Bankruptcy Dept.,
                 PO Box 490,    Crandord, NJ 07016-0490
516404889       +EDI: PRA.COM Sep 20 2018 01:48:00       Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516444089       +E-mail/Text: bankruptcy@certifiedcollection.com Sep 19 2018 21:59:07
                 SBMC Multi Specialty - Nephro    $250.00,    C/O Certified Credit & Collection Bureau,
                 PO Box 1750,    Whitehouse Station, NJ 08889-1750
516443548       +EDI: DRIV.COM Sep 20 2018 01:48:00       Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
516444512       +EDI: DRIV.COM Sep 20 2018 01:48:00       Santander Consumer USA Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
516411600        EDI: RMSC.COM Sep 20 2018 01:49:00       Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516404901       +EDI: WTRRNBANK.COM Sep 20 2018 01:48:00       Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
516404902       +EDI: VERIZONCOMB.COM Sep 20 2018 01:48:00       Verizon,    P.O Box 4003,    Acworth, GA 30101-9004
516404903       +E-mail/Text: bankruptcyreports@wakeassoc.com Sep 19 2018 21:59:24      Wakefield & Association,
                 P.O Box 58,    Fort Morgan, CO 80701-0058
                                                                                                TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516404882        Maryland Tranportation Authority
516404888        Plain Green
cr*             +Santander Consumer USA Inc.,   PO Box 961245,    Fort Worth, TX 76161-0244
516404890*      +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516444082      ##Shoprite      $139.00,    C/O Collections Acquisition Company, Inc,    Payliance,
                 3 Easton Oval, Ste 210,    Columbus, OH 43219-6011
                                                                                   TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MidFrist Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFrist Bank rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor James Massa rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                             TOTAL: 8
```