UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732)238-8777
Robert C. Nisenson
RCN 6680

In Re:

    James Massa

DEBTOR

Order Filed on September 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-28104

Hearing Date: September 18, 2018

Judge: KCF

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: September 19, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10E Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case No.: 16-28104 |
| | : | Chapter 7 |
| James Massa | : | September 18, 2018 |
| | : | |
| | : | |
| | : | **ORDER DISMISSING BANKRUPTCY** |
| Debtor. | : | |
| | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order dismissing the bankruptcy pursuant to 11 U.S.C. Section 707 and for good cause shown;

It is on the 19th day of September, 2018;

**ORDERED** that the Debtor's bankruptcy case is hereby dismissed and any discharge in this matter is revoked.

**ORDERED** that the Debtor's bankruptcy case is hereby dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-28104-KCF
James Massa                                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 19, 2018
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
db            +James Massa,    178 Southwood Dr,    Old Bridge, NJ 08857-1659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    MidFrist Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority jglucksman@scarincihollenbeck.com
      John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor    MidFrist Bank rsolarz@kmllawgroup.com
      Robert C. Nisenson    on behalf of Debtor James   Massa rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                                                                                TOTAL: 8